**E-Filed 12/04/07**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NI DUAN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, et al.,<br><br>　　　　　　Defendants. | Case Number C 07-5753 JF (HRL)<br><br>ORDER TO SHOW CAUSE |

　　　On November 13, 2007, Plaintiff Ni Duan ("Duan") filed the instant "Complaint For Writ in the Nature of Mandamus and Declaratory Judgment." Duan alleges that Defendants have failed to process her I-485 application in a timely manner.

　　　Duan alleges that on August 15, 2003, she filed a Form I-485 with the United States Citizenship and Immigration Services ("USCIS") seeking to become a lawful permanent resident of the United States based on her marriage to a United States citizen. Complaint ¶ 1-2. Duan additionally alleges that her Form I-485 is still pending with the USCIS. *Id.* at ¶ 3.

　　　Duan asserts that, as a result, Defendants have violated the Administrative Procedures

1  Act, 5 U.S.C § 701 et. seq. and Duan's Fifth Amendment rights.  Duan requests that this Court
2  enter an order compelling defendants to act upon his application.

4      Good cause appearing, IT IS HEREBY ORDERED as follows:
5      (1)    The Clerk of the Court shall serve a copy of the complaint and a copy of this
6          Order upon counsel for Defendants, the Office of the United States Attorney.  The
7          Clerk of the Court also shall serve a copy of this Order upon Plaintiff.
8      (2)    Defendants shall, within sixty (60) days after receiving service of the complaint,
9          show cause in writing why the relief prayed for should not be granted.
10     (3)    Plaintiff may file a response to Defendants' filing within twenty (20) days after
11         receipt of such filing.
12     (4)    Unless otherwise ordered by the Court, the matter will be deemed submitted upon
13         the filing of the response or upon the expiration of time to file a response.
14     (5)    The order dated November 13, 2007, setting an Initial Case Management
15         Conference and ADR deadlines, is hereby VACATED.
16 IT IS SO ORDERED.

21 DATED: 12/03/07

23                                   JEREMY FOGEL
                                  United States District Judge

Case No. C 07-5753 JF (HRL)
ORDER TO SHOW CAUSE
JFEX2

1  Copies of Order served on the following persons:

3  Counsel for Plaintiff:

4  Todd Eric Gallinger
Gill & Gallinger LLP
5  2 Park Plz Ste 760
Irvine, CA 92614

7  Counsel for Defendants:

8  Office of the United States Attorney
150 Almaden Blvd., Suite 900
9  San Jose, CA 95113

3