1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
6     Telephone: (415) 436-6730
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN JOSE DIVISION
11
   NI DUAN,                          )    No. C07-5753 JF (HRL)
12                                    )
                  Plaintiff,          )
13                                    )
         v.                           )    STIPULATION TO DISMISS; PROPOSED
14                                    )    ORDER
   MICHAEL CHERTOFF, Secretary of the )
15 Department of Homeland Security, et al., )
                                      )
16                Defendants.         )
   _____ )
17
   ///
18
   ///
19
   ///
20
   ///
21
   ///
22
   ///
23
   ///
24
   ///
25
   ///
26
   ///
27
   ///
28

STIPULATED DISMISSAL
No. C07-5753 JF (HRL)

1    Plaintiff, by and through his attorney of record, and Defendants, by and through their

2    attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-

3    entitled action without prejudice in light of the fact that the United States Citizenship and

4    Immigration Services has approved Plaintiff's application for adjustment of status.

5    The parties shall bear their own costs and fees.

6    Date: January 23, 2008                    Respectfully submitted,

7                                              JOSEPH P. RUSSONIELLO
                                               United States Attorney
8

9                                                    /s/
                                               _____
10                                             MELANIE L. PROCTOR[1]
                                               Assistant United States Attorney
                                               Attorneys for Defendants
11
     Date: January 23, 2008
12
                                                     /s/
13                                             _____
                                               TODD GALLINGER
14                                             Gill & Gallinger, LLP
                                               Attorneys for Plaintiff
15

16                              **ORDER**

17        Pursuant to stipulation, IT IS SO ORDERED.  The case is DISMISSED.

18
     Date:                                     _____
19                                             JEREMY FOGEL
                                               United States District Judge
20

21

22

23

24

25

26

27    _____

28        [1]I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any
      signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATED DISMISSAL
No. C07-5753 JF (HRL)              2