JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-7169

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | | |
|---|---|---|
| NI DUAN, | ) | No. C07-5753 JF (HRL) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION TO DISMISS; ~~PROPOSED~~ |
| | ) | ORDER |
| MICHAEL CHERTOFF, Secretary of the | ) | |
| Department of Homeland Security, et al., | ) | |
| | ) | |
| Defendants. | ) | |

///

///

///

///

///

///

///

///

///

///

///

STIPULATED DISMISSAL
No. C07-5753 JF (HRL)

1    Plaintiff, by and through his attorney of record, and Defendants, by and through their

2   attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-

3   entitled action without prejudice in light of the fact that the United States Citizenship and

4   Immigration Services has approved Plaintiff's application for adjustment of status.

5    The parties shall bear their own costs and fees.

6   Date: January 23, 2008                    Respectfully submitted,

7                                             JOSEPH P. RUSSONIELLO
                                              United States Attorney
8

9                                                    /s/
                                              _____
10                                            MELANIE L. PROCTOR[1]
                                              Assistant United States Attorney
                                              Attorneys for Defendants
11
    Date: January 23, 2008
12
                                                     /s/
13                                            _____
                                              TODD GALLINGER
14                                            Gill & Gallinger, LLP
                                              Attorneys for Plaintiff
15

16                              **ORDER**

17    Pursuant to stipulation, IT IS SO ORDERED.  The case is DISMISSED.

18
    Date:    1/25/08
19                                            _____
                                              JEREMY FOGEL
20                                            United States District Judge

21

22

23

24

25

26

27   _____

28    [1]I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any
    signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATED DISMISSAL
No. C07-5753 JF (HRL)            2